# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Alexandra Nelson,<br><br>          Plaintiff,<br><br>vs.<br><br>Radius Global Solutions, LLC, f/k/a Northland Group, LLC,<br><br><br>          Defendant. | Case No. **1:18-cv-02486-RDB** |

## NOTICE OF PENDING SETTLEMENT

Plaintiff, ALEXANDRA NELSON ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 111, hereby gives notice that Plaintiff and Defendant, Radius Global Solutions, LL, f/k/a Northland Group, LLC ("Defendant"), have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. Plaintiff respectfully requests thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter.

Dated:        11/13/2018

By:    */s/ Carlos C. Alsina-Batista*
       Carlos C. Alsina Batista
       The Law Offices of Jeffrey Lohman, P.C.
       Attorneys for Plaintiff, Alexandra Nelson
       4740 Green River Rd, Suite 310
       Corona, CA 92880
       Tel. (657)363-3331
       Fax. (657) 246-1311
       Email: CarlosA@jlohman.com
       Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of November 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will automatically give notice to all counsel of record, including counsel for Defendant.

BY: /s/ Carlos C. Alsina-Batista
The Law Offices of Jeffrey Lohman, P.C.
Attorney for Plaintiff, Alexandra Nelson
Admitted *pro hac vice*
