THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2018 NOV 14  PM 1:22

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

Alexandra Nelson,

    Plaintiff,

vs.

Radius Global Solutions, LLC, f/k/a
Northland Group, LLC,

    Defendant.

Case No. 1:18-cv-02486-RDB

## NOTICE OF PENDING SETTLEMENT

Plaintiff, ALEXANDRA NELSON ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 111, hereby gives notice that Plaintiff and Defendant, Radius Global Solutions, LL, f/k/a Northland Group, LLC ("Defendant"), have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. Plaintiff respectfully requests thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter.

Dated: _____11/13/2018_____

By:    */s/ Carlos C. Alsina-Batista*
Carlos C. Alsina Batista
The Law Offices of Jeffrey Lohman, P.C.
Attorneys for Plaintiff, Alexandra Nelson
4740 Green River Rd, Suite 310
Corona, CA 92880
Tel. (657)363-3331
Fax. (657) 246-1311
Email: CarlosA@jlohman.com
Admitted *pro hac vice*

**Request GRANTED this 13th day of November, 2018.**

_____
Richard D. Bennett
United States District Judge